UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ROSE HAYES,

                Plaintiff,

-against-                                       12 Civ. 4370 (LAK)

THE CITY OF NEW YORK, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/14

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion for summary judgment dismissing the amended complaint [DI 15] is granted to the extent that the fourth, fifth, seventh, eighth and twelfth claims for relief are dismissed and denied in all other respects, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Henry B. Pitman. The objections to the report and recommendation are overruled.

        Counsel within thirty days of the date of this order shall schedule a settlement conference with Judge Pitman. In the event the case is not settled by then, the parties shall file a joint pretrial order conforming to the individual practices of the undersigned no later than November 15, 2014.

        SO ORDERED.

Dated:        September 15, 2014

                                                      /s/    Lewis A. Kaplan
                                                       _____
                                                              Lewis A. Kaplan
                                                       United States District Judge